UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------ X
:
WILLIAM E. UNDERLAND, *on behalf of* :
*himself and all others similarly situated,* :
:
                    Plaintiff, :   Electronically Filed
:
  - against- :
:
:
DENNIS ALTER, WILLIAM A. ROSOFF, :
PHILIP M. BROWNE, DAVID B. :   10-Civ.-3621 (CMR)
WEINSTOCK, ROBERT S. BLANK, MAX :
BOTEL, THOMAS COSTELLO, DANA :
BECKER DUNN, ROBERT LUBNER, OLAF :
OLAFSSON, MICHAEL STOLPER and :
KPMG LLP, :
:
                Defendants. :
                                          X
------------------------------------------------------------

## PLAINTIFFS WILLIAM E. UNDERLAND'S AND MARK SCHALLER'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL

      Plaintiffs William E. Underland and Mark Schaller hereby move this Court to: (1) appoint William E. Underland and Mark Schaller as Lead Plaintiffs pursuant to Section 27(a)(1) and (a)(3)(B) of the Securities Act of 1933, 15 U.S.C. §§ 77z-1(a)(1) and (a)(3)(B), as amended by the Private Securities Litigation Reform Act; and (2) approve William E. Underland's and Mark Schaller's selection of Scott+Scott LLP and The Weiser Law Firm, P.C. as Lead Counsel. In support of this Motion, William E. Underland and Mark Schaller submit herewith a Memorandum of Law and Declaration of Robert B. Weiser dated October 8, 2010.

DATED: October 8, 2010                    THE WEISER LAW FIRM, P.C.

                                              /s/ Robert B. Weiser
                                          Robert B. Weiser (PA #81575)
Brett D. Stecker (PA #86242)
Jeffrey J. Ciarlanto (PA #205838)
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: (610) 225-2677
Facsimile: (610) 225-2678

SCOTT + SCOTT LLP
Arthur L. Shingler III
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508

SCOTT + SCOTT LLP
Thomas L. Laughlin IV
500 Fifth Avenue, Floor 40
New York, NY 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

SCOTT + SCOTT LLP
Geoffrey M. Johnson
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile: (216) 229-6092

*Counsel for Plaintiffs*