UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------- X
:
WILLIAM E. UNDERLAND, *on behalf of* :
*himself and all others similarly situated,* :
: 
: 
                Plaintiff,     :   Electronically Filed
:
  - against- :
:
:
DENNIS ALTER, WILLIAM A. ROSOFF, :
PHILIP M. BROWNE, DAVID B. :  10-Civ.-3621 (CMR)
WEINSTOCK, ROBERT S. BLANK, MAX :
BOTEL, THOMAS COSTELLO, DANA :
BECKER DUNN, ROBERT LUBNER, OLAF :
OLAFSSON, MICHAEL STOLPER and :
KPMG LLP, :
:
                Defendants.  :
                                        X
------------------------------------------------------

**DECLARATION OF ROBERT B. WEISER IN SUPPORT OF PLAINTIFFS
WILLIAM E. UNDERLAND'S AND MARK SCHALLER'S MOTION FOR
APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS'
SELECTION OF LEAD COUNSEL**

I, Robert B. Weiser, declare as follows:

1. I am the managing principal of The Weiser Law Firm, P.C., co-counsel for Proposed Lead Plaintiffs in the above-captioned action (the "Action"). I make this declaration in support of Plaintiffs William E. Underland's and Mark Schaller's Motion for Appointment as Lead Plaintiffs and Approval of Lead Plaintiffs' Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I declare that attached to this declaration are true and correct copies of the following exhibits obtained from reliable sources:

| | | |
|---|---|---|
| Exhibit A: | Proposed Order; |
| Exhibit B: | Certification of William E. Underland; |
| Exhibit C: | Certification of Mark Schaller; |
| Exhibit D: | Early notice of this Action, published on August 9, 2010; |
| Exhibit E: | Scott+Scott LLP Firm Résumé; |
| Exhibit F: | The Weiser Law Firm, P.C. Résumé; |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Wayne, Pennsylvania, October 8, 2010.

/s/ Robert B. Weiser
Robert B. Weiser

*Co-Counsel for Plaintiffs*