# Exhibit B

## CERTIFICATION OF WILLIAM E. UNDERLAND
## PURSUANT TO FEDERAL SECURITIES LAWS

I, William E. Underland, declare as to the claims asserted under the federal securities laws, that:

1.   I have reviewed the Complaint and I have retained The Weiser Law Firm, P.C. and Scott + Scott, LLP, and such co-counsel they deem appropriate to associate with, to pursue such action on a contingent-fee basis.

2.   I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any action.

3.   I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.   My transaction(s) in the Advanta Investment Notes that are the subject of this action during the Class Period is/are as follows:

| No of Securities | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| 350140 4726 - 18 mo Note | | 10/27/2008 | 20,000 |
| 350140 4739 - 12 mo Note | | 10/27/2008 | 20,000 |
| 350134 1279 - 12 mo Note | | 4/29/09 | 20,000 |

5.   During the three years prior to the date of this Certification, I have not served as a class representative or sought to serve as a class representative.

6.   I will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _17_ th day of June, 2010, at Pocono Pines, Pennsylvania.

Signature: _William E. Underland_
William E. Underland

1