# Exhibit

# C

## PLAINTIFF CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

Mark Schaller, ("Plaintiff"), declares, as to the claims asserted under the federal securities laws, that:

1.     Plaintiff has reviewed the Complaint and retains Scott + Scott, LLP and such co-counsel it deems appropriate to associate with to pursue such action on a contingent fee basis.

2.     Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel, or in order to participate in any private action.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff's transaction(s) in the **ADVANTA CORP. (2010) (REDIRESERVE NOTES)** security that is the subject of this action during the Class Period is/are as follows:

| No of Shares | Buy/Sell | Date | Price Per Share | |
|---|---|---|---|---|
| REDIRESERVE NOTES | BUY | 1/6/09 | $6,313.49 | PAID |
| REDIRESERVE NOTES | BUY | 3/2/09 | $20,992.07 | PAID |
| INVESTMENT NOTE | BUY | 6/4/09 | $9,258.45 | |

5.     During the three years prior to the date of this Certification, Plaintiff has never served, nor sought to serve, as a class representative in a federal securities fraud case.

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this _8_ day of _OCTOBER_, 2010, at _Bethlehem, PA_____ (city, state).

Your Printed Name:  Mark Schaller

Signature:

Mailing Address:   1130 Minsi Trail Street

Bethleham, PA  18018-3004

Telephone number:  _610 - 867 - 1325_

E-mail address:    finanzdax@aol.com