# Exhibit D

NASDAQ OMX | GlobeNewswire

⟳ Login    ⟳ Register

HOME    SERVICES    NEWSROOM    ABOUT US    CONTACT US    CORE SERVICES

Search

*Source:* Scott+Scott, LLP

**Scott+Scott LLP Announces a Securities Class Action Against Advanta Corporation and KPMG LLP**

NEW YORK, Aug. 9, 2010 (GLOBE NEWSWIRE) -- On June 24, 2010, Scott+Scott LLP filed a class action against certain current and former officers and directors of the Advanta Corporation ("Advanta") and KPMG LLP, Advanta's auditor, in the Court of Common Pleas of Montgomery County, Pennsylvania. On July 23, 2010, the action was removed to the United States District Court for the Eastern District of Pennsylvania. The action for violation of the Securities Act of 1933 is brought on behalf of those purchasing Advanta RediReserve variable rate certificates and investment notes (collectively, the "RediReserve Notes") during the period beginning June 24, 2007 through November 8, 2009, inclusive (the "Class Period").

If you purchased RediReserve Notes during the Class Period and wish to serve as lead plaintiff in the action, you must move the Court no later than 60 days from the date of this notice. Any member of the investor class may move the Court to serve as lead plaintiff through counsel of its choice, or may choose to do nothing and remain an absent class member. If you wish to discuss this action or have questions concerning this notice or your rights, please contact Scott+Scott (scottlaw@scott-scott.com; (800) 404-7770; (860) 537-5537 or visit the Scott+Scott website, http://www.scott-scott.com) for more information. There is no cost or fee to you.

The complaint in this action alleges that, during the Class Period, Advanta's registration statements in connection with the offering of RediReserve Notes contained materially false statements of facts. These registration statements contained numerous positive portrayals regarding the state of Advanta's business, the adequacy of its capital reserves and the creditworthiness of its customers. These statements are alleged to be false because (1) Advanta was engaged in "unsafe or unsound banking practices," (2) Advanta operated with inadequate capital for its risk profile, (3) Advanta operated in a manner that did not ensure satisfactory earnings, (4) Advanta was unfairly increasing the interest rate it charged its credit card customers, and (5) Advanta's weak underwriting standards caused it to have numerous customers that were not creditworthy.

The complaint alleges that the individual defendants in this action signed Advanta's materially false registration statements. The complaint further alleges that KPMG served as Advanta's auditor during the Class Period and vouched for the false statements in Advanta's registration statements.

Scott+Scott has significant experience in prosecuting major securities, antitrust and employee retirement plan actions throughout the United States. The firm represents pension funds, foundations, individuals and other entities worldwide.

CONTACT:  Scott+Scott, LLP
          (800) 404-7770
          (860) 537-5537
          scottlaw@scott-scott.com
          http://www.scott-scott.com

**Other Company Press Releases**

Scott+Scott LLP Announces Class Action Lawsuit Against Transocean Ltd. and Others on Behalf of Investors -- RIG - **Oct 4, 2010**

Scott+Scott LLP Announces Class Action Lawsuit Against Acura Pharmaceuticals, Inc. and Others on Behalf of Investors -- ACUR - **Sep 10, 2010**

Scott+Scott LLP Announces a Securities Class Action Against Advanta Corporation and KPMG LLP - **Aug 9, 2010**

The Law Firms of Scott+Scott LLP and Whalen and Tusa, P.C. Announce That a Settlement has Been Reached With Capital One, N.A. - **Aug 4, 2010**

Scott+Scott LLP Announces Investor Investigation of XenoPort, Inc. - **Jul 8, 2010**

More >>

**Related News**

● CLASS ACTION LAWSUITS

**Blogging/Bookmarking**

🅱 Blogger
🅖 Blog Search
Digg
▪ del.icio.us
🅕 Facebook
🅖 Google Bookmarks
🅝 Newsvine
🆂 Reddit
🆂 StumbleUpon
🆃 Technorati
🆈 Yahoo MyWeb



Printer friendly format

Home | Services | Newsroom | About Us | Contact Us | Site Map
Sign up for New Membership | Job Opportunities

© 2010 GlobeNewswire, Inc. All Rights Reserved.