IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM E. UNDERLAND,** *on behalf of himself and all others similarly situated,* : <br> **Plaintiffs,** : <br> v. : <br> : <br> **DENNIS ALTER, et. al.,** : <br> **Defendants.** : <br> : | **CIVIL ACTION** <br> **NO. 10-3621** |

# O R D E R

**AND NOW**, this 13th day of December, 2010, upon review of Plaintiffs' Motion for Appointment as Lead Plaintiffs and Approval of Their Selection of Lead Counsel [Doc. No. 20], and noting that Defendant takes no position on this motion [Doc. No. 23], and that no other members of the putative class have filed competing motions for appointment as lead plaintiffs during the time allowed for such motions,[1] it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED.**

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**

---

[1] See Doc. No. 25.