Case 2:10-cv-03621-CMR Document 34 Filed 01/31/11 Page 4 of 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM E. UNDERLAND, *on behalf of himself and all others similarly situated,*

Plaintiff,

- against-

DENNIS ALTER, WILLIAM A. ROSOFF, PHILIP M. BROWNE, DAVID B. WEINSTOCK, ROBERT S. BLANK, MAX BOTEL, THOMAS COSTELLO, DANA BECKER DUNN, RONALD LUBNER, OLAF OLAFSSON, MICHAEL STOLPER and KPMG LLP,

Defendants.

Electronically Filed

10-Civ.-3621 (CMR)

FILED
JAN 31 2011
MICHAEL E. KUNZ, Clerk
By_______Dep. Clerk

**ORDER**

Having considered the Parties' Joint Motion to Extend Plaintiffs' Time to Move for Class Certification and GOOD CAUSE APPEARING, the Court hereby ORDERS that the time for Plaintiffs to move for class certification is extended from April 13, 2011 to a date ninety days from any order sustaining Plaintiffs' Amended Class Action Complaint.

**IT IS SO ORDERED**

Dated: 1-31-2011

Cynthia M. Rufe
Hon. Cynthia M. Rufe
United States District Judge