IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM E. UNDERLAND and MARK SCHALLER, *on behalf of themselves and all others similarly situated*, Plaintiffs, v. DENNIS ALTER, WILLIAM ROSOFF, PHILIP BROWNE, DAVID WEINSTOCK, ROBERT BLANK, MAX BOTEL, THOMAS COSTELLO, DANA BECKER DUNN, RONALD LUBNER, OLAF OLAFSSON, MICHAEL STOPLER, and KPMG LLP; Defendants. | : : : : : : : : : : : : : : : : | CIVIL ACTION NO. 10-3621 |



FILED
SEP 09 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 9th day of September 2011, in accordance with the foregoing reasons, it is hereby **ORDERED** that:

1) The Advanta Defendants' Motion to Dismiss is **GRANTED IN PART**. For the reasons set forth in the accompanying opinion, Plaintiffs have not sufficiently alleged that the following misstatements are actionable: (1) Advanta's predictions about the likelihood of an early amortization event; (2) its assessment of its capital levels as "strong;" (3) alleged misstatements and omissions about Advanta's commitment to maintaining and strengthening customer relationships, and; (4) descriptions of Advanta's methodology for accessing and monitoring customer creditworthiness; and,

2) KPMG LLP's Motion to Dismiss is **GRANTED**; and,

3) Plaintiffs are granted leave to amend their Complaint on or before **October 9, 2011.**

It is so ORDERED.

BY THE COURT:

*Cynthia M. Rufe*
HON. CYNTHIA M. RUFE