**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM E. UNDERLAND and MARK SCHALLER,** ***on behalf of themselves and all others similarly situated,*** | : | |
| **Plaintiffs,** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 10-3621** |
| **DENNIS ALTER, WILLIAM ROSOFF, PHILIP BROWNE, DAVID WEINSTOCK, ROBERT BLANK, MAX BOTEL, THOMAS COSTELLO, DANA BECKER DUNN, RONALD LUBNER, OLAF OLAFSSON, MICHAEL STOPLER, and KPMG LLP;** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 22nd day of November 2011, upon review of the attached correspondence from counsel for Defendants, and noting that the ECF system was unavailable from 5 p.m. Friday, November 18, 2011 through 7 p.m. Saturday, November 19, 2011 for electrical work, it is hereby **ORDERED** that Defendants' Motion to Dismiss the Second Amended Complaint is deemed filed as of Friday, November 18, 2011.

The Clerk of Court is **DIRECTED** to change the date of filing for Defendants' Motion to Dismiss the Second Amended Complaint from Monday, November 21, 2011 to Friday, November 18, 2011.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**