**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM E. UNDERLAND and MARK SCHALLER,** ***on behalf of themselves and all others similarly situated,*** | : | |
| **Plaintiffs,** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 10-3621** |
| **DENNIS ALTER, WILLIAM ROSOFF, PHILIP BROWNE, DAVID WEINSTOCK, ROBERT BLANK, MAX BOTEL, THOMAS COSTELLO, DANA BECKER DUNN, RONALD LUBNER, OLAF OLAFSSON, MICHAEL STOPLER, and KPMG LLP;** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW,** this 9th day of January, 2012, upon review of the parties' Joint Motion to Extend Plaintiffs' Time to Move for Class Certification [Doc. No. 68], it is hereby **ORDERED** that the motion is **GRANTED.** Plaintiffs' Class Certification Motion shall be due ninety days from the date the Court enters its decision and order on Defendants' motions to dismiss the second amended complaint.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**