**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM E. UNDERLAND, et al.** | : | |
| **Plaintiffs** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **NO. 10-3621** |
| | : | |
| **DENNIS ALTER, et al.** | : | |
| **Defendants** | : | |
| | : | |

**ORDER**

**AND NOW**, this 11th day of May 2012, upon review of Plaintiff's Motion for Leave to File a Surreply [Doc. No. 88], it is hereby **ORDERED** that the Motion is **GRANTED.**

The Clerk of Court is **DIRECTED** to file Plaintiff's Proposed Surreply [Doc. No. 88, Attachments 1 and 2].

This Court's Order dated May 9, 2012 [Doc. No. 95] is **VACATED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J**.