**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM E. UNDERLAND and MARK SCHALLER,** ***on behalf of themselves and all others similarly situated,*** | : | |
| **Plaintiffs,** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 10-3621** |
| **DENNIS ALTER, WILLIAM ROSOFF, PHILIP BROWNE, DAVID WEINSTOCK, ROBERT BLANK, MAX BOTEL, THOMAS COSTELLO, DANA BECKER DUNN, RONALD LUBNER, OLAF OLAFSSON, MICHAEL STOPLER, and KPMG LLP;** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 18th day of June 2012, upon review of Defendant KPMG LLP's Motion to Strike Plaintiff's Declaration of Colin A. Johns and Related Allegations in Plaintiff's Second Amended Complaint [Doc. No. 71] and Plaintiff's response in opposition, it is hereby **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part as follows:

1. The Motion to Strike the declaration of Colin A. Johns is **GRANTED**, as the Court may not consider any declarations or affidavits when reviewing the pending motions to dismiss without changing those motions prematurely to motions for summary judgment.

2. The Motion to Strike Related Allegations in Plaintiff's Second Amended Complaint is **DENIED**, but the Court notes that it must only assume that the factual assertions set forth in the Complaint are true, and it need not credit any conclusions, speculations, or opinions.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**