IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM E. UNDERLAND and MARK SCHALLER, *on behalf of themselves and all others similarly situated*,<br>　　　Plaintiffs,<br>　　　　　v.<br><br>DENNIS ALTER, WILLIAM ROSOFF, PHILIP BROWNE, DAVID WEINSTOCK, ROBERT BLANK, MAX BOTEL, THOMAS COSTELLO, DANA BECKER DUNN, RONALD LUBNER, OLAF OLAFSSON, MICHAEL STOPLER, and KPMG LLP,<br>　　　Defendants. | CIVIL ACTION<br>NO. 10-3621 |

## ORDER

**AND NOW,** this 16th day of July 2012, upon review of the Advanta Defendants' Motion to Dismiss [Doc. No. 69], the response, reply and surreply thereto, and KPMG's Motion to Dismiss [Doc. No. 70], and the response and reply thereto, and for the reasons set forth in the Memorandum Opinion entered this date, it is hereby **ORDERED** that:

　　1.　　The Advanta Defendants' Motion to Dismiss is **DENIED;** and

　　2.　　KPMG's Motion to Dismiss is **DENIED.**

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. CYNTHIA M. RUFE