EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM E. UNDERLAND and MARK SCHALLER, *on behalf of themselves and all others similarly situated,* Plaintiffs, - against- DENNIS ALTER, WILLIAM A. ROSOFF, PHILIP M. BROWNE, DAVID B. WEINSTOCK, MAX BOTEL, THOMAS COSTELLO, DANA BECKER DUNN, RONALD LUBNER, OLAF OLAFSSON, MICHAEL STOLPER and KPMG LLP, Defendants. | Electronically Filed<br>10-Civ.-3621 (CMR) |

FILED
SEP 11 2012
MICHAEL E. KUNZ, Clerk
By________Dep. Clerk

**ORDER**

Having considered the Parties' Joint Motion to Extend Plaintiffs' Time to Move for Class Certification and GOOD CAUSE APPEARING, the Court hereby ORDERS that the time for Plaintiffs to move for class certification is extended from October 15, 2012 to a date ninety days from the date the Court enters its order on KPMG LLP's Motion to Reconsider Order Denying Motion to Dismiss or, In the Alternative, to Certify Order Under 28 U.S.C. §1292(b) (ECF No. 115).

**IT IS SO ORDERED.**

Dated: 9-10-12

Cynthia M. Rufe
HON. CYNTHIA M. RUFE
United States District Judge