IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM E. UNDERLAND and MARK SCHALLER, *on behalf of themselves and all others similarly situated,* : : : : : | |
| Plaintiffs, : | CIVIL ACTION |
| v. : | NO. 10-3621 |
| : | |
| DENNIS ALTER, WILLIAM ROSOFF, PHILIP BROWNE, DAVID WEINSTOCK, ROBERT BLANK, MAX BOTEL, THOMAS COSTELLO, DANA BECKER DUNN, RONALD LUBNER, OLAF OLAFSSON, MICHAEL STOPLER, and KPMG LLP, : : : : : : : : | |
| Defendants. : | |

### ORDER

**AND NOW,** this 18th day of September 2012, upon review of the KPMG's Motion to Reconsider [Doc. No. 115], and Plaintiff's response thereto, and for the reasons set forth in the Memorandum Opinion entered this date, it is hereby **ORDERED** that KPMG's Motion to Reconsider is **DENIED.** KPMG's Alternative Motion to Certify Order Under 28 U.S.C. § 1292(b) is also denied.

The Reply filed on this date [Doc. No. 137] is stricken as untimely and without permission.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

**HON. CYNTHIA M. RUFE**