Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

WILLIAM E. UNDERLAND and MARK SCHALLER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

DENNIS ALTER, WILLIAM A. ROSOFF, PHILIP M. BROWNE, DAVID B. WEINSTOCK, ROBERT S. BLANK, MAX BOTEL, THOMAS COSTELLO, DANA BECKER DUNN, ROBERT LUBNER, OLAF OLAFSSON, MICHAEL STOLPER, and KPMG LLP,

Defendants.

Electronically Filed

Case No. 10-cv-3621 (CMR)

FILED
DEC 13 2012
MICHAEL E. KUNZ, Clerk
By ________ Dep. Clerk

**ORDER**

Having considered KPMG LLP's Unopposed Motion to Extend Defendant KPMG LLP's Time to Answer the Second Amended Class Action Complaint and GOOD CAUSE APPEARING, the Court hereby ORDERS that the time for KPMG LLP to answer the Second Amended Class Action Complaint is extended from October 4, 2012 until October 25, 2012.

**IT IS SO ORDERED.**

Dated: 12-13-12

Cynthia M. Rufe
Hon. Cynthia M. Rufe
United States District Judge