IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM E. UNDERLAND, et al, on behalf of Themselves and All Others Similarly Situated** | : | **CIVIL ACTION** |
| **V.** | : | **NO. 10-3621** |
| **DENNIS ALTER, *et al.*** | : | |

FILED MAR 28 2013

**ORDER**

**AND NOW,** this 28th day of March, 2013, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[] - Order staying these proceedings pending disposition of a related action.

[] - Order staying these proceedings pending determination of arbitration proceedings.

[] - Interlocutory appeal filed

[x] - Other: The case is consolidated with three other cases and all will be placed in Stay and Suspense pending mediation as agreed between the parties. See separate order filed concurrently with this order.

it is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

Cynthia M. Rufe

**CYNTHIA M. RUFE , J.**