IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESTERN PA ELECTRICAL PENSION FUND v. ALTER, *et al*. | : | CIVIL ACTION NOS. 09-4730 |
| IN RE ADVANTA CORP. ERISA LITIGATION | : | 09-4974 |
| UNDERLAND v. ALTER, *et al.* | : | 10-3621 |

**O R D E R**

**AND NOW**, this 26th day of March, 2013, upon consideration of the February 28, 2013 letter request of non-party FTI Consulting, Inc. ("FTI") for the authorization of additional attorneys' fees, the Plaintiffs' March 4, 2013 letter in opposition thereto, FTI's March 7, 2013 letter and FTI's March 20, 2013 submission of the attorneys' fees it has incurred until December 31, 2012, it is hereby **ORDERED** that:

1. FTI's Request for Additional Attorneys' Fees is **GRANTED**; and
2. Paragraph 2, Sentence 2 of the Court's May 31, 2012 Order is **AMENDED** to read: "Once the parties have reimbursed FTI $40,000 for this category of costs, if additional discovery is required, FTI may petition the court for additional reimbursement for this category."

**IT IS SO ORDERED**.

**BY THE COURT**:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
Chief United States Magistrate Judge