UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESTERN PENNSYLVANIA ELECTRICAL EMPLOYEES PENSION FUND, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>DENNIS ALTER, et al.,<br><br>Defendants. | Civil Action No. 2:09-cv-04730-CMR X<br><br>CLASS ACTION |
| In re ADVANTA CORP., ERISA LITIGATION | Civil Action No. 2:09-cv-04974-CMR X<br><br>CLASS ACTION |
| WILLIAM E. UNDERLAND, et al., on behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DENNIS ALTER, et al.,<br><br>Defendants. | Civil Action No. 2:10-cv-03621-CMR file<br><br>CLASS ACTION<br><br>FILED<br>AUG 22 2013<br>MICHAEL E. KUNZ, Clerk<br>By________Dep. Clerk |

**ORDER**

AND NOW, this 22nd day of August, 2013, upon consideration of the Application of Special Discovery Master David H. Marion, Esquire, for Approval of Fees and Costs incurred from February 1, 2013 through June 30, 2013 ("Application"), and supporting summaries and exhibits, filed with the Clerk of Court, it is hereby ORDERED that the

Application is Granted and payment of the invoices submitted with the Application is approved consistent with the Special Master's Recommendation for Allocation of payment.

BY THE COURT:

Cynthia M. Rufe, J.