IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WESTERN PENNSYLVNIA ELECTRICAL EMPLOYEES PENSION FUND, individually and on behalf of others similarly situated, Plaintiffs, v. DENNIS ALTER, et al., Defendants.** | **CIVIL ACTION NO. 09-4730** |
| **WILLIAM E. UNDERLAND, et al., individually and on behalf of others similarly situated, Plaintiffs v. DENNIS ALTER, et al., Defendants.** | **CIVIL ACTION NO. 10-3621** |

FILED
SEP - 6 2013
MICHAEL E. KUNZ, Clerk
By ________ Dep. Clerk

**ORDER**

**AND NOW**, this 6th day of September 2013, upon consideration of the Special Master's Fifth Report and Amended Recommendation [Doc. No. 170] ("Amended Fifth R & R"), Defendant's objections, and the response and reply thereto, and finding that the analysis and conclusions reached in the Special Master's Amended Fifth R & R are correct, it is hereby **ORDERED** that the Amended Fifth R & R is **APPROVED** and **ADOPTED** in substantial part. The Court makes the following modifications to the Amended Fifth R & R:

1. The date for providing the original Alter Hard Drive to LDiscovery, which is set forth in Section IV, Paragraph 4 of the Amended Fifth R & R is amended as follows: Defendant Alter must provide the original Alter Hard Drive to LDiscovery no later than **September 13, *2013.***

2. The cost allocation set forth in Section IV, Paragraph 7 of the Amended Fifth R & R is amended as follows: All costs incurred in connection with LDiscovery's forensic analysis of the original Alter Hard Drive shall preliminarily be borne by Plaintiffs. Within fourteen days of receipt of LDiscovery's written report, Plaintiffs may apply for a re-distribution of those costs upon a showing of good cause.

3. The parties shall provide the Court with a status report, within **30 days** of the date of this Order, updating the Court as to the status of LDiscovery's forensic analysis of the Alter Hard Drive.

Other than the modifications set forth above, the Court **ADOPTS** the Amended Fifth R & R as submitted and makes it an Order of the Court.

It is so **ORDERED.**

**BY THE COURT:**

Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**