IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESTERN PENNSYLVNIA ELECTRICAL EMPLOYEES PENSION FUND, individually and on behalf of others similarly situated, Plaintiffs, v. DENNIS ALTER, et al., Defendants. | CIVIL ACTION NO. 09-4730X |
| WILLIAM E. UNDERLAND, et al., individually and on behalf of others similarly situated, Plaintiffs v. DENNIS ALTER, et al., Defendants. | CIVIL ACTION NO. 10-3621 file |
| FEDERAL DEPOSIT INSUR. CORP. as receiver for the Advanta Bank Corp., Plaintiff v. DENNIS ALTER, et al., Defendants. | CIVIL ACTION NO. 13-3361X |

FILED
SEP 25 2013
MICHAEL E. KUNZ, Clerk
By________ Dep. Clerk

**ORDER**

**AND NOW,** this 24th day of September 2013, after a status conference with all parties held this day, the Court hereby **ORDERS** the following:

1. The above captioned cases are consolidated for purposes of discovery only.

2. The Motion to Stay [13-3361, Doc. No. 11] in FDIC v. Alter, et al. is **DENIED** without prejudice. At this point, the Court finds no reason to stay the case. Regardless of whether the related case filed in the District of Utah is ultimately transferred to this Court, the Court wishes the case before it to proceed without delay.

3. The parties and Special Discovery Master David Marion, Esq. are directed to

meet and confer forthwith regarding a schedule to govern discovery in the above captioned cases, and shall provide the Court with a stipulated proposed order to govern the cases no later than October 1, 2013.

It is so **ORDERED.**

**BY THE COURT:**

*Cynthia M. Rufe*

**CYNTHIA M. RUFE, J.**

**ENTERED**

SEP 25 2013

**CLERK OF COURT**