UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
----------------------------------------------------------- X
                                                            :
WILLIAM E. UNDERLAND and MARK                               :
SCHALLER, *on behalf of themselves and all*                 :
*others similarly situated*,                                :
                                                            :  Electronically Filed
                              Plaintiffs,                   :
                                                            :
        - against-                                          :
                                                            :  10-Civ.-3621 (CMR)
                                                            :
DENNIS ALTER, WILLIAM A. ROSOFF,                            :
PHILIP M. BROWNE, DAVID B.                                  :  **NOTICE OF MOTION AND**
WEINSTOCK, ROBERT S. BLANK, MAX                             :  **MOTION FOR PRELIMINARY**
BOTEL, THOMAS COSTELLO, DANA                                :  **APPROVAL OF CLASS ACTION**
BECKER DUNN, RONALD LUBNER, OLAF                            :  **SETTLEMENT**
OLAFSSON, MICHAEL STOLPER and KPMG                          :
LLP,                                                        :
                                                            :
                              Defendants.                   :
                                                            X
-----------------------------------------------------------

**TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that Lead Plaintiffs William E. Underland and Mark Schaller respectfully move the Court to enter an order preliminarily approving the proposed settlement of this action as documented in the Stipulation and Agreement of Settlement dated as of January 21, 2014 (the "Stipulation").  This Motion is based upon the Memorandum of Law in Support of Motion for Preliminary Approval of Class Action Settlement, the Stipulation, the Declaration of Thomas L. Laughlin IV in Support of Preliminary Approval of Class Action Settlement, the [Proposed] Order Preliminarily Approving Settlement and Confirming Final Settlement Hearing, all other papers and pleadings herein, and such oral argument as the Court may permit.

DATED: February 6, 2014                     Respectfully submitted,
                                            SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

                                             /s/ Thomas L. Laughlin IV
                                            THOMAS L. LAUGHLIN IV
                                            (admitted *pro hac vice*)

- 1 -

The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

Geoffrey M. Johnson (admitted *pro hac vice*)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile: (216) 229-6092

Anne L. Box (admitted *pro hac vice*)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508

THE WEISER LAW FIRM, P.C.
Robert B. Weiser (PA #81575)
Brett D. Stecker (PA #86242)
Christopher L. Nelson (PA #85609)
Jeffrey J. Ciarlanto (PA #205838)
22 Cassatt Ave.
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062

*Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 6, 2014, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the Eastern District of Pennsylvania using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

    /s/ Thomas L. Laughlin IV
THOMAS L. LAUGHLIN IV
(admitted *pro hac vice*)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334