UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------- X
 :
WILLIAM E. UNDERLAND and MARK :
SCHALLER, on Behalf of Themselves and All :
Others Similarly Situated, :
 : Electronically Filed
                Plaintiff, :
 :
   - against- :
 :
DENNIS ALTER, WILLIAM A. ROSOFF, :
PHILIP M. BROWNE, DAVID B. : 10-Civ.-3621 (CMR)
WEINSTOCK, MAX BOTEL, THOMAS :
COSTELLO, DANA BECKER DUNN, :
ROBERT LUBNER, OLAF OLAFSSON, :
MICHAEL STOLPER, and KPMG LLP, :
 :
                Defendants. :
---------------------------------------------------------- :
 X

**DECLARATION OF THOMAS L. LAUGHLIN IV
IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Thomas L. Laughlin IV, declare as follows:

1. I am a partner with Scott+Scott, Attorneys at Law, LLP, counsel for Lead Plaintiffs William E. Underland and Mark Schaller ("Plaintiffs") in this matter. I make this declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto under oath.

2. Attached hereto as Exhibit A is a true and correct copy of the Stipulation and Agreement of Settlement in the above-captioned case.

///

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in New York, New York, on February 6, 2014.

/s/ Thomas L. Laughlin IV
THOMAS L. LAUGHLIN IV