**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM E. UNDERLAND, et al., individually and on behalf of others similarly situated, Plaintiffs** | : | |
| **v.** | : | **CIVIL ACTION NO. 10-3621** |
| **DENNIS ALTER, et al., Defendants.** | : | |

**ORDER**

**AND NOW**, this 19th day of February 2014, upon review of the docket, and nothing that Plaintiffs' Motion to Certify a Class [Doc. No. 149] and Defendants' Motion to Disqualify [Doc. No. 187] remain pending, notwithstanding a subsequently filed Motion for Preliminary Approval of Class Action Settlement, it is hereby **ORDERED** that those motions are **DISMISSED** without prejudice as moot.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**