**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM E. UNDERLAND, et al., individually and on behalf of others similarly situated, Plaintiffs** | : | |
| **v.** | : | **CIVIL ACTION NO. 10-3621** |
| **DENNIS ALTER, et al., Defendants.** | : | |

FILED
FEB 20 2014
MICHAEL E. KUNZ, Clerk
By________Dep. Clerk

**ORDER**

**AND NOW**, this 20th day of February 2014, it is hereby **ORDERED** that the Court will hold a hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement [Doc. No. 202] on **Monday, April 21, 2014, at 10:30 a.m.**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

All counsel and interested parties should report to Courtroom 12A for the hearing.

It is so **ORDERED.**

**BY THE COURT:**

Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**