**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM E. UNDERLAND, et al, on behalf of Themselves and All Others Similarly Situated** | : | **CIVIL ACTION** |
| **V.** | : | **NO. 10-3621** |
| **DENNIS ALTER, *et al.*** | : | |

**O R D E R**

**AND NOW,** this 10th day of March, 2014, **IT IS ORDERED** that a Hearing on the Motion for Preliminary Approval of Class Action Settlement will take place on **Friday, March 28, 2014, at 10:30 A.M.,** United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

Counsel and interested parties should report to Courtroom 12-A.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**