**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM E. UNDERLAND, et al., individually and on behalf of others similarly situated, Plaintiffs** | : | |
| **v.** | : | **CIVIL ACTION NO. 10-3621** |
| **DENNIS ALTER, et al., Defendants.** | : | |

**ORDER**

**AND NOW**, this 11th day of March 2014, it is hereby O**RDERED** that the Court's March 10, 2014 Order [Doc. No. 207] is **VACATED**, as it was filed in error.

As previously Ordered [see Doc. No. 206], the Court will hold a hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement on **Monday, April 21, 2014, at 10:30 a.m.**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

All counsel and interested parties should report to Courtroom 12A for the hearing.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**